

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

WILL WILSON
ATTORNEY GENERAL

May 28, 1959

Honorable John White
Commissioner of Agriculture
Capitol Station
Austin, Texas

Opinion No. WW-634

Re: Whether Article 666
controls the purchase
of office equipment by
the Texas Department
of Agriculture from
the Insurance Liquida-
tor.

Dear Mr. White:

This office is in receipt of your recent letter
in which you have stated in part, as follows:

"This Department has purchased forty-
four (44) pieces of equipment from the
Insurance Liquidators, C.H. Langdeau, re-
ceiver for Franklin American Insurance
Company, the total amount of purchase
being $131.25. Before purchasing, this
was cleared with the State Board of Con-
trol and proper purchase vouchers were
approved and transmitted to the Comptrol-
ler Department from which they were re-
turned to us with a refusal of approval
for payment. The argument in question
is whether or not we are purchasing this
equipment from the Insurance Commission
or from the Franklin American Insurance
Company."

Article 666, Vernon's Civil Statutes, provides
for the method of disposal (by sale or transfer to
another State agency) of surplus or salvage property
belonging to the State of Texas.

Article 21.28, Insurance Code, Vernon's Civil
Statutes, establishing the office of State Insurance
Liquidator, prescribes the method of appointment and

the duties and responsibilities of the office. The statute provides that he shall be appointed the receiver of any insurance company domiciled in the State of Texas against whom delinquency proceedings have been brought.

The property in question is personal property of the Franklin American Insurance Company which is in receivership. By order of the Court, the receiver obtains possession and title to the property as trustee for the benefit of the creditors and stockholders of the insurance company involved. Neither the Court, the Board of Insurance Commissioners, the Insurance Liquidator nor the State of Texas acquires any proprietary interest in the property.

Therefore, it is the opinion of this office that Article 666 has no application to the purchase of the property in question by the Department of Agriculture.

### SUMMARY

Article 666 has no application
to a purchase of property by
the Texas Agriculture Commission
from the State Insurance Liqui-
dator.

Very truly yours,

WILL WILSON
Attorney General of Texas

By John L. Estes
Assistant

JLE:rm

APPROVED:

OPINION

OPINION COMMITTEE
Geo. P. Blackburn, Chairman

Elmer McVey
Leonard Passmore
Joe Allen Osborn

REVIEWED FOR THE ATTORNEY GENERAL
BY: W. V. Geppert